United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02091-MJC

Nathaniel Rhodes-Dalton  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 16, 2023      Form ID: ntcnfhrg      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathaniel Rhodes-Dalton, 541 Edison Ave, Sunbury, PA 17801-1303 |
| 5566984 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2023 18:51:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5567819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2023 18:52:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5566761 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 16 2023 18:48:00 | Celtic Bank/Continental Finance, 268 S State St - Ste 300, Salt Lake City, UT 84111-5314 |
| 5566762 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2023 18:51:04 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 5566763 | ^ | MEBN | Oct 16 2023 18:41:34 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5566764 | + | Email/Text: Documentfiling@lciinc.com | Oct 16 2023 18:47:00 | LendingClub Bank NA, 595 Market St - Ste 200, San Francisco, CA 94105-2802 |
| 5566766 | | Email/Text: ml-ebn@missionlane.com | Oct 16 2023 18:47:00 | Mission Lane/Tab Bank, 101 2nd St - Ste 350, San Francisco, CA 94105 |
| 5566765 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 16 2023 18:51:03 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5566767 | + | Email/PDF: cbp@omf.com | Oct 16 2023 18:51:53 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 5570038 | + | Email/PDF: cbp@omf.com | Oct 16 2023 18:50:49 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5566768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2023 18:51:50 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005 |
| 5568649 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 16 2023 18:50:56 | US Department of Housing & Urban De, 451 7th St, DW, Washington, DC 20410-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0314-4 | User: AutoDocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2023 | Form ID: ntcnfhrg | Total Noticed: 14 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Debtor 1 Nathaniel Rhodes-Dalton claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nathaniel Rhodes−Dalton, | Chapter 13 |
| **Debtor 1** | Case No. 4:23−bk−02091−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 30, 2023<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>1501 N. 6th Street, Harrisburg, PA 17102<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 16, 2023 |

ntcnfhrg (08/21)