United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Nathaniel Rhodes-Dalton
    Debtor

Case No. 23-02091-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 2

Date Rcvd: Jun 12, 2026        Form ID: ordsmiss        Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathaniel Rhodes-Dalton, 541 Edison Ave, Sunbury, PA 17801-1303 |
| 5566984 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 12 2026 22:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jun 12 2026 22:39:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5567819 | + | EDI: AISACG.COM | Jun 12 2026 22:39:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5566761 | + | EDI: PHINGENESIS | Jun 12 2026 22:39:00 | Celtic Bank/Continental Finance, 268 S State St - Ste 300, Salt Lake City, UT 84111-5314 |
| 5566762 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2026 18:47:24 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 5566763 | ^ | MEBN | Jun 12 2026 18:38:25 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5577566 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 18:47:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566764 | + | EDI: LENDNGCLUB | Jun 12 2026 22:39:00 | LendingClub Bank NA, 595 Market St - Ste 200, San Francisco, CA 94105-2802 |
| 5577713 | + | EDI: LENDNGCLUB | Jun 12 2026 22:39:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5566766 | | Email/Text: ml-ebn@missionlane.com | Jun 12 2026 18:40:00 | Mission Lane/Tab Bank, 101 2nd St - Ste 350, San Francisco, CA 94105 |
| 5577181 | + | EDI: AISMIDFIRST | Jun 12 2026 22:39:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5566765 | | EDI: AISMIDFIRST | Jun 12 2026 22:39:00 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5566767 | + | EDI: AGFINANCE.COM | Jun 12 2026 22:39:00 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 5570038 | + | EDI: AGFINANCE.COM | Jun 12 2026 22:39:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5590259 | | EDI: PRA.COM | Jun 12 2026 22:39:00 | Portfolio Recovery Associates, LLC, PO Box |

| | | | |
|---|---|---|---|
| | | | 41067, Norfolk, VA 23541 |
| 5590260 | EDI: PRA.COM | Jun 12 2026 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5566768 | EDI: SYNC | Jun 12 2026 22:39:00 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005 |
| 5568649 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 12 2026 18:47:31 | US Department of Housing & Urban De, 451 7th St, DW, Washington, DC 20410-0001 |
| 5577888 | EDI: AIS.COM | Jun 12 2026 22:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Nathaniel Rhodes-Dalton ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

Nathaniel Rhodes−Dalton                      Case number 4:23−bk−02091−MJC

         **Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 12, 2026

ordsmiss (05/18)